UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

MARCIA J. TALKMITT,

    Plaintiff,

v.                                                       No. 5:24-CV-211-H-BV

CITY OF LUBBOCK,

    Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that Talkmitt be allowed to amend her complaint within the 14-day objection period to cure the jurisdictional defects by alleging causes under federal law rather than state labor statutes. Dkt. No. 19 at 10–11. The Magistrate Judge further recommends that the Court deny the City's Rule 12(b)(5) motion to dismiss for lack of timely service under Federal Rule of Civil Procedure 4(m) because the timing for service of process is tolled pending the resolution of a motion to proceed *in forma pauperis*, or, alternatively, the Court should exercise its discretion and deem service timely.[1] *Id.* at 11–14. Finally, the FCR recommends that the Court deny the City's Rule 12(b)(6) motion because Talkmitt filed suit within the state's two-year limitations period, and her state claims contained in her original complaint were timely filed. *Id.* at 16. No objections were filed by either party to the FCR.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error.

---

[1] In the alternative, the Court deems the service timely.

*Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the Magistrate Judge's well-reasoned and thorough FCR.

Talkmitt has filed an amended complaint within the 14-day period outlined in the FCR, and the amended pleadings allege causes of action under Title VII of the Civil Rights Act (42 U.S.C. § 2000e *et seq.*), the Americans with Disabilities Act (42 U.S.C. § 12101 *et seq.*), and the Age Discrimination in Employment Act (29 U.S.C. § 621 *et seq.*). Dkt. No. 20.

Accordingly, the Court denies the City's motion to dismiss under Rule 12(b)(1), along with the City's motion to dismiss under Rules 12(b)(5) and 12(b)(6).

So ordered on September 15, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE